IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-01691-MSK-OES

EUGENE ELLIOT,

    Plaintiff,

v.

TURNER CONSTRUCTION COMPANY,
a New York corporation;
B&C STEEL, INC.,
a Colorado corporation; and
BUD BOYD

    Defendants.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge